Anthony Andrews # 15965-056
USP Atlanta
P.O. Box 150160
Atlanta, Georgia

Clerk's Office
U.S. District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001-2866

RE: NOTICE OF APPEAL   05-1173 UNA    William K. Suter and Troy D. Cayhill

July 15th, 2005 order entered on docket

Supplemental Notice    ( All Orders denied to be Appealed )

AUGUST 26th, 2005

Dear Clerk,

    I hereby notice my appeal in this action before the appeals court.

*Anthony Andrews* # 15965-056

Anthony Andrews # 15965-056
USP Atlanta
P.O. Box 150160
Atlanta, Georgia
30315

AUGUST 26th, 2005    8/26/2005